1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   E-mail:  gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEVI STRAUSS & CO.,                  Case No.    C 06-04634 JW

12              Plaintiff,               **STIPULATION EXTENDING**
                                         **DEFENDANT'S TIME TO RESPOND**
13          v.                           **TO COMPLAINT**

14  DVS SHOE CO., INC.,

15              Defendant.

16

17

18       The parties to this action hereby stipulate and agree that Defendant DVS Shoe Co., Inc. shall

19  have until November 6, 2006, to answer or otherwise respond to the complaint in this action.  This is

20  the first such request for an extension and is made to allow the parties to explore the possibility of

21  settling this dispute without the need for further litigation.

22  DATED:  October 10, 2006          TOWNSEND AND TOWNSEND AND CREW LLP

23
                                      By: _/s/_*Gregory S. Gilchrist*_____
24                                         Gregory S. Gilchrist
                                           Attorneys for Plaintiff
25                                         LEVI STRAUSS & CO.

26

27

28

GRANTED

*James Ware*

Judge James Ware

1    DATED:  October 10, 2006              BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

2
                                           By:  /s/Willmore F. Holbrow, III
3                                               Willmore F. Holbrow, III
                                                Attorneys for Defendant
4                                               DVS SHOE CO., INC.

5

6    60883527 v1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28