1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   E-mail: gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

*[GRANTED stamp signed by Judge James Ware]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEVI STRAUSS & CO., | Case No. C 06-04634 JW |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| DVS SHOE CO., INC., | |
| Defendant. | |

The parties to this action hereby stipulate and agree that Defendant DVS Shoe Co., Inc. shall have until November 20, 2006, to answer or otherwise respond to the complaint in this action. This request for a second extension is made to allow the parties to continue their discussions concerning the possibility of settling this dispute without the need for further litigation.

DATED: November 3, 2006          TOWNSEND AND TOWNSEND AND CREW LLP

                                 By: /s/*Gregory S. Gilchrist*
                                     Gregory S. Gilchrist
                                     Attorneys for Plaintiff
                                     LEVI STRAUSS & CO.

| | | |
|---|---|---|
| 1 | DATED:  November 3, 2006 | BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN |
| 2 | | |
| 3 | | By: /s/*Willmore F. Holbrow, III* |
| | | Willmore F. Holbrow, III |
| 4 | | Attorneys for Defendant |
| | | DVS SHOE CO., INC. |

60908470 v1

STIPULATION EXTENDING TIME                    - 2 -                    Levi Strauss & Co. vs. DVS Shoe Co., Inc.
TO RESPOND TO COMPLAINT                                               Case No. C 06-04634 JW