IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Levi Strauss & Company, | NO. C 06-04634 JW |
| Plaintiffs,<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| DVS Shoe Company, Inc., | |
| Defendant. | |

The Court notes that there have been two stipulations providing Defendant additional time to answer the Complaint. To date, no answer has been filed. Plaintiff informed the Court that Plaintiff has agreed to give Defendant yet more time to respond. Accordingly, the Court continues the case management conference presently scheduled for November 27, 2006 to **December 18, 2006 at 10 AM.** Pursuant to the Civil Local Rules of the Court, the parties shall file a joint case management conference no later than ten (10) days before the date of the conference.

The Court notes that Defendant's attorney of record, Willmore H. Holbrow has failed to properly register for E-filing pursuant to the rules of the Court. Plaintiff shall serve this Order on Defendant no later than November 28, 2006. Defendant shall properly register with the Court's E-filing system no later than December 1, 2006.

Dated: November 22, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gia L. Cincone glcincone@townsend.com
Gregory S. Gilchrist gsgilchrist@townsend.com

**Dated:  November 22, 2006**                    **Richard W. Wieking, Clerk**

                                                                  **By:   /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28