1 | TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
2 | GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, Eighth Floor
3 | San Francisco, California  94111
Telephone:  (415) 576-0200
4 | Facsimile:  (415) 576-0300
E-mail:  gsgilchrist@townsend.com; glcincone@townsend.com
5 |
Attorneys for Plaintiff
6 | LEVI STRAUSS & CO.

**GRANTED**

*Judge James Ware*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEVI STRAUSS & CO., | Case No.   C 06-04634 JW |
|---|---|
| Plaintiff, | **STIPULATION FURTHER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| DVS SHOE CO., INC., | |
| Defendant. | |

The parties to this action hereby stipulate and agree that Defendant DVS Shoe Co., Inc. shall have until December 15, 2006, to answer or otherwise respond to the complaint in this action.  This request for a third extension is made to allow the parties to continue their discussions concerning the possibility of settling this dispute without the need for further litigation.

DATED:  November 22, 2006          TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/*Gregory S. Gilchrist*_____
    Gregory S. Gilchrist
    Attorneys for Plaintiff
    LEVI STRAUSS & CO.

| | | |
|---|---|---|
| 1 | DATED: November 22, 2006 | BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN |
| 2 | | |
| 3 | | By: /s/*Willmore F. Holbrow, III* |
| | | Willmore F. Holbrow, III |
| 4 | | Attorneys for Defendant |
| | | DVS SHOE CO., INC. |

60922836 v1

| | | |
|---|---|---|
| STIPULATION EXTENDING TIME | - 2 - | Levi Strauss & Co. vs. DVS Shoe Co., Inc. |
| TO RESPOND TO COMPLAINT | | Case No. C 06-04634 JW |