1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   E-mail:  gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7                                                                                              3/15/2007

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO.,              | Case No.   C 06-04634 JW

12 |            Plaintiff,             |
                                       | **STIPULATION OF DISMISSAL**
13 |     v.                            |

14 | DVS SHOE CO., INC.,               |

15 |            Defendant.             |

16

17     Plaintiff Levi Strauss & Co. ("LS&CO.") and Defendant DVS Shoe Co., Inc. ("DVS"), by their

18 respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action

19 be and hereby is dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

20

21 DATED: March 14, 2007            TOWNSEND & TOWNSEND & CREW LLP

22                                  By:  /s/ *Gia L. Cincone*
                                         Gia L. Cincone
23                                       Attorneys for Plaintiff
                                         LEVI STRAUSS & CO.
24

25 DATED: March 14, 2007            BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

26                                  By: /s/ *Willmore F. Holbrow, III*
                                        Willmore F. Holbrow, III
27                                      Attorneys for Defendant
                                        DVS SHOE CO., INC.
28 61005090 v1

*Stamp: GRANTED — Judge James Ware — United States District Court, Northern District of California*